In the
**UNITED STATES DISTRICT COURT**
for the **SOUTHERN DISTRICT OF INDIANA,**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DEBRA A. MELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **CAUSE NO. 1:04-CV-1071-SEB-VSS** |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |

**J U D G M E N T**

Having this day issued its Entry in this case, the Court hereby REVERSES the decision of the defendant Commissioner denying the plaintiff's application for disability benefits and REMANDS her application for reconsideration consistent with the Entry. This is a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 31st day of March, 2006.

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

G. Gene Arnholt
arnholt@sbcglobal.net

Thomas E. Kieper
Assistant United States Attorney
tom.kieper@usdoj.gov